OFFICIAL NOTICE FROM COURT OF CRIMINAL APPEALS OF TEXAS
P.O. BOX 12308, CAPITOL STATION, AUSTIN, TEXAS 78711

**OFFICIAL BUSINESS
STATE OF TEXAS
PENALTY FOR
PRIVATE USE**



11/24/2014

GOMEZ, CARLOS    Tr. Ct. No. D-1-DC-06-301119-C    WR-78,041-04

On this day, the application for 11.07 Writ of Habeas Corpus has been received
and presented to the Court.

Abel Acosta, Clerk

$ 00.26⁵

02 1M
0004279596
MAILED FROM ZIP

NOV 25 2014

PITNEY BOWES

*Ank*
*name + # don't*
*match*

CARLOS GOMEZ
ESTELLE UNIT - TDC # ~~1423114~~
264 FM 3478
HUNTSVILLE, TX 77320-3322          ANK

EBN3B 77320